ACCEPTED
01-15-00413-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 10:52:50 AM
CHRISTOPHER PRINE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/20/2015 10:52:50 AM

CHRISTOPHER A. PRINE
Clerk

October 20, 2015

Christopher A. Prine
1st Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

**Re:** **Civil Action No. 81239-I; Appeal No. 01-15-00413-CV;** *Boykin v. Ruzicka, et al.*; **In the First District of Texas Court of Appeals.**

To Whom It May Concern:

This letter will serve as a request for the Record on Appeal.  Please advise us of any additional cost in obtaining this record. Please send to us via Fed/Ex at 300 W. 15th Street, Clements Bldg. 7th Floor, Austin, Texas 78701-1220.  Please call my legal assistant, Irma Trejo, at 512-936-1294 for the Fed/Ex account number.

Sincerely,

/s/**CAROL M. GARCIA**
Carol M. Garcia
Assistant Attorney General
Law Enforcement Defense Division
512/463-2080/Facsimile 512/936-2109

c:      File

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL:(512) 463-2100 WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*